UNITED STATES of America,
Plaintiff–Appellee,

v.

Sanchez Ozell McPHERSON, a/k/a De-
lano Jacob McPherson, a/k/a Chez,
a/k/a Delano MacPherson, Defendant–
Appellant.

No. 14–7033.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 25, 2014.

Sanchez Ozell McPherson, Appellant pro
se. Sean Kittrell, Assistant United States
Attorney, Charleston, South Carolina, for
Appellee.

Before KING and KEENAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sanchez Ozell McPherson seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2012) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R.App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on January 21, 2014. The notice of appeal was filed, at the earliest, on July 1, 2014.* Because McPherson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the

---

court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).